UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61870-CIV-DIMITROULEAS

AARON HOLLIS, individually and on behalf
of all others similarly situated,

     Plaintiff,

v.

CITY PARK CLEARWATER, LLC d/b/a
CITY PARK CLEARWATER APARTMENTS,

     Defendant.

_____/

## ORDER APPROVING VOLUNTARY DISMISSAL

THIS CAUSE is before the Court upon Plaintiff's Notice of Voluntary Dismissal Without Prejudice (the "Notice") [DE 7], filed herein on September 30, 2020. The Court has carefully reviewed the Notice and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Notice [DE 7] is hereby **APPROVED**.

2. This case is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 30th day of September, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

1

Copies to:
Counsel of Record